IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THOMAS FLORES,

        Plaintiffs,

        v.

MURPHY COMPANY, and Oregon
business corporation, dba
MURPHY VENEER,

        Defendant.

1:12-cv-2156-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#25). Defendant's Motion for Partial Summary Judgment (#10) is DENIED.

IT IS SO ORDERED.

DATED this 12 day of February, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER