IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THOMAS FLORES,

       Plaintiffs,

   v.

MURPHY COMPANY, and Oregon
business corporation, dba
MURPHY VENEER,

       Defendant.

1:12-cv-2156-CL

**ORDER**

**PANNER, District Judge:**

On April 1, 2014, the parties held the final pretrial conference in this matter (#81). Plaintiff is to provide proposed stipulated facts to Defendant for approval by April 3, 2014. Jury trial is to commence on April 10, 2014 at 9:00 am.

1 - ORDER

I. **Plaintiff's Objections to Exhibits**

Plaintiff made oral objections to Defendant's Amended Exhibit List (#75). I rule on those objections as follows:

Plaintiff's objections to Defendant's Exhibit 103 are sustained at this time, pending submission of Plaintiff's proposed stipulations.

Plaintiff's objections to Defendant's Exhibit 108 are overruled.

Plaintiff's objections are Defendant's Exhibits 112, 113, 114, and 115 are sustained pursuant to my previous rulings on the motions in limine.

Plaintiff's objections as to Defendant's Exhibit 116 are sustained at this time. The Court will consider arguments as to the exhibit's admissibility on the question of damages at the appropriate time.

All other exhibits are received without objection.

II. **Objections as to Witness Statements**

Plaintiff's objections as to the timing of witness disclosure is overruled.

Eric Fox, Dan Penland, Jesus Murillo and David Avery will be permitted to testify, subject to the limitations outlined in my previous rulings on the motions in limine. Adrienne Auxier will be permitted to testify. The parties concede that testimony of John Murphy, Jr. will not be necessary, pending appropriate stipulations.

The Court will rule on all other objections at the time of trial.

2 - ORDER

IT IS SO ORDERED.

DATED this _2_ day of April, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

3 - ORDER